THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH AND SEIZURE OF CELLULAR DEVICES MORE PARTICULARLY DESCRIBED IN ATTACHMENT A TO THE AFFIDAVIT OF SPECIAL AGENT KEVIN JULICH DATED JULY 26, 2024 | Case No.   2:24-cr-00625 |

### MOTION TO SEAL

The United States of America, by and through its undersigned Assistant United States Attorney, hereby moves this Court to seal the affidavit in support of the search warrant and the attachments thereto, as well as the return to the warrant identifying any evidence seized. The Court has the inherent authority to seal these documents. *See Baltimore Sun v. Goetz*, 886 F. 2d 60 (4th Cir. 1988). The purpose of the Government's request is to protect the information contained within this document and to avoid the disclosure of the investigation at this time.

Based on the facts in the affidavit, there is reason to believe that disclosure of the information in this document would seriously jeopardize the investigation including by giving targets the opportunity to destroy or tamper with evidence, change patterns of behavior, flee from prosecution, intimidate cooperating and potential witnesses, and endanger the safety of law enforcement and other individuals. For these reasons, the Government submits that the interests in sealing the affidavit, the attachments thereto, and the return outweigh the common-law public right of access and that sealing is "essential to preserve higher values." *See Media Gen. Operations, Inc. v. Buchanan*, 417 F.3d 424, 429-31 (4th Cir. 2005).

Based on the foregoing, the Government requests that the affidavit in support of the search warrant and attachments thereto, as well as the return, be filed under seal for 1 year except that working copies should be made available to the United States Attorney's Office, Immigration and Customs Enforcement, Homeland Security Investigations, and any other law enforcement agency designated by the United States Attorney's Office.

      Respectfully submitted,

      ADAIR F. BOROUGHS
      UNITED STATES ATTORNEY

      By: */s/ Elliott B. Daniels*
      Elliott B. Daniels  (Fed ID No. 11931)
      Assistant United States Attorney
      1441 Main Street, Suite 500
      Columbia, South Carolina 29201

July 26, 2024
Columbia, South Carolina